

One Commerce Plaza
Albany, New York 12260
518.487.7600

Jon E. Crain
Partner
518.487.7672 phone
*jcrain@woh.com*

January 2, 2024

**Via ECF**
Hon. Daniel J. Stewart
Magistrate Judge
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

  Re: <u>Arts Center and Theatre of Schenectady, Inc. v Massachusetts Bay Insurance Company</u>
    Case No. 1:23-cv-01312-FJS-DJS

Dear Judge Stewart:

  This firm represents Plaintiff in the above-referenced action. Pursuant to Northern District of New York Local Rule 11.1(b), please be advised that Hilda Marinello Curtin has left our firm. As such, she should be removed from the docket in this matter.

  Thank you for your attention to this matter.

              Respectfully submitted,

              *s/ Jon E. Crain*

              Jon E. Crain

cc:  All Counsel of Record (Via ECF)